# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KAREEM MUHAMMAD, STANLEY PIERRE, and QASHONE MENCHAN, | |
| Plaintiff, | No. 23 CV 02495 |
| v. | |
| OLD EMPIRE, INC., and VIOR TRANSPORTAION, INC., | Judge Beth W. Jantz |
| Defendant. | |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

Plaintiffs Kareem Muhammad, Stanley Pierre, and Qashone Menchan, hereby request the Clerk to enter a default against Defendants Old Empire Inc. and Vior Transportation Inc. because the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Plaintiffs served Defendants with a Summons and Complaint on April 27, 2023. *See* ECF No. 8. The facts supporting service on Old Empire Inc. and Vior Transportation Inc., are included in the process server's affidavits attached hereto as Exhibit A.

The docket reflects that Defendants have not filed an appearance in this matter or responded to the Complaint within the required time.

WHEREFORE, Plaintiffs ask the Clerk to enter a default against Defendants Old Empire Inc. and Vior Transportation Inc.

Dated: June 1, 2023                       /s/ Christopher J. Wilmes
                                                                         One of the Attorneys for Plaintiff

Christopher J. Wilmes
Clayton Tex Pasley
cwilmes@hsplegal.com
tpasley@hsplegal.com
Hughes Socol Piers Resnick & Dym
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I caused the foregoing Plaintiffs' Motion for Entry of Default to be served on the following Defendants via U.S. Mail:

Old Empire Inc.
c/o Alpha Registered Agent LLC
4123 Joliet Avenue
Lyons, IL 60534

Vior Transportation Inc.
c/o Alexander Imbronjev
205 Redding Ct
P.O. Box 866
Oswego, IL 60543

/s/ Christopher J. Wilmes