## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kareem Muhammad, et al.

                    Plaintiff,

v.

                                        Case No.: 1:23–cv–02495

Old Empire Inc., et al.                              Honorable Steven C. Seeger

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion for entry of default against Defendants Old Empire, Inc. and Vior Transportation, Inc. (Dckt. No. [9]) is hereby granted. Based on the record, Plaintiffs effectuated service of process on April 27, 2023, but Defendants have not responded to the complaint. So they are late. The Court hereby enters default under Rule 55(a) against Defendants Old Empire, Inc. and Vior Transportation, Inc. Defendants must file a motion if they seek a hearing on any forthcoming motion for default judgment. Plaintiffs must serve a copy of this Order by U.S. Mail and file a certificate of service on the docket. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.